IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES EVERETT JOHNSON )
)
    Plaintiff, )
)
vs. ) CASE NO.: 4:09-cv-00177-SPM-WCS
)
ZIMMER, INC., )
)
)
    Defendant. )
)
_____/

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

**COMES NOW** the Plaintiff, by and through his undersigned attorney and pursuant to Rule 15 of the Federal Rules of Civil Procedure, hereby moves this Honorable Court for leave to amend his Complaint and shows in support thereof:

1. This Motion is timely filed in accord with Paragraph 4(c) of the Report of the Parties Planning Meeting conducted pursuant to Rule 26(f) of the Federal Rules of Civil Procedure.

2. Plaintiff initially filed suit against Defendant ZIMMER in the Circuit Court of the Second Judicial Circuit in and for Leon County, Florida on March 16, 2009 alleging strict liability in tort, negligence, breach of implied warranty, and breach of express warranty.

3. Plaintiff once amended the Complaint in the Circuit Court of the Second Judicial Circuit in and for Leon County, Florida on March 26, 2009.

4. Pursuant to diversity jurisdiction provided for under 28 U.S.C. § 1441(b), Defendant ZIMMER removed the case to this Court, the United States District Court for the Northern District of Florida, Tallahassee Division, on May 14, 2009.

5. Defendant ZIMMER filed an Answer to Plaintiff's Complaint on May 18, 2009.

6. Plaintiff learned through discovery and discussions with experts, who have knowledge of the medical devices involved in this case and the medical procedures used to install those medical devices, of an additional cause of action for Failure to Warn.

7. To protect Plaintiff's rights and to promote justice as intended under Rule 15(a) of the Federal Rules of Civil Procedure and in accordance with Paragraph 4(c) of the Report of the Parties Planning Meeting conducted pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, this Honorable Court should allow Plaintiff to amend his Complaint.

**WHEREFORE** the Plaintiff respectfully requests this Honorable Court to grant this timely-filed Motion and to permit the Plaintiff to amend his Complaint.

RESPECTFULLY SUBMITTED on this 15th day of July, 2009.

JAMES E. FASIG
FBN 0013453
EUBANKS, BARRETT, FASIG & BROOKS
259 East Seventh Avenue
Tallahassee, Florida 32303-5518
Telephone: (850) 224-3310
Facsimile: (850) 224-3433

ATTORNEY FOR PLAINTIFF

### RULE 7.1 CERTIFICATE

The undersigned has conferred with opposing counsel prior to filing this motion. Plaintiff and Defense counsel could not agree on necessity of filing motion. In abundance of caution, counsel files above Motion for Leave to Amend Complaint.

_____
JAMES E. FASIG

**I HEREBY CERTIFY** that the foregoing was filed electronically on July 15th, 2009, and that the person noted below is registered to be notified by the CM/ECF electronic mail system.

Edward W. Gerecke
Florida Bar No. 328332
CARLTON FIELDS, P.A.
Post Office Box 3239
Tampa, Florida 33601-3239
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
E-Mail: egerecke@carltonfields.com

_____
JAMES E. FASIG