IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES EVERETT JOHNSON,

    Plaintiff,

v.                              CASE NO.: 4:09cv177-SPM/WCS

ZIMMER, INC.,

    Defendant.
_____/

## ORDER GRANTING LEAVE TO AMEND COMPLAINT

Upon consideration, Plaintiff's Motion for Leave to Amend Complaint (doc. 9) is granted. Plaintiff shall have up to and including July 30, 2009, to file the amended complaint.

SO ORDERED this 22nd day of July, 2009.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          Chief United States District Judge