IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES EVERETT JOHNSON,
    Plaintiff,

vs.                                  CASE NO.: 4:09-cv-00177-SPM-WCS

ZIMMER, INC.,
    Defendant.
_____/

## JOINT STIPULATION VOLUNTARILY DISMISSING WITH PREJUDICE COUNT III AND COUNT IV OF PLAINTIFF'S SECOND AMENDED COMPLAINT

Plaintiff, JAMES EVERETT JOHNSON, and Defendant, ZIMMER, INC., by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby enter into this joint stipulation acknowledging their agreement to permit Plaintiff to voluntarily dismiss, with prejudice, Count III (Breach of Implied Warranty; paragraphs twenty-six through thirty) and Count IV (Breach of Express Warranty; paragraphs thirty-one through thirty-five) of Plaintiff's Second Amended Complaint. The status of Count I (Strict Liability in Tort; paragraphs seventeen through twenty), Count II (Negligence; paragraphs twenty-one through twenty-five), and Count V (Failure to Warn; paragraphs thirty-six through forty-eight) of Plaintiff's Second Amended Complaint shall be unaffected by this joint stipulation. The parties agree and respectfully request that the Court grant Defendant until August 11, 2009 to respond to Counts I, II and V of Plaintiff's Second Amended Complaint.

                                        Respectfully submitted,

                                        /s/ James E. Fasig
                                        **JAMES E. FASIG**
                                        FBN: 13453
                                        **MARK W. NONNI**
                                        FBN: 56600

EUBANKS, BARRETT, FASIG & BROOKS
3360 Capital Circle, NE, Suite B
Tallahassee, FL 32308
Tel:  (850) 224-3310
Fax:  (850) 224-3433
E-Mail:  james@tallahasseepersonalinjury.com
mark@tallahasseepersonalinjury.com
Attorneys for Plaintiff


/s/ David J. Walz
**EDWARD W. GERECKE**
FBN: 328332
**DAVID J. WALZ**
FBN: 697273
CARLTON FIELDS, P.A.
Post Office Box 3239
Tampa, Florida 33601-3239
Tel:  (813) 223-7000
Fax:  (813) 229-4133
E-Mail:  egerecke@carltonfields.com
dwalz@carltonfields.com

W. DOUGLAS HALL
FBN: 347906
CARLTON FIELDS, P.A.
Post Office Drawer 190
Tallahassee, Florida 32302
Tel:  (850) 224-1585
Fax:  (850) 222-0398
E-Mail:  whall@carltonfields.com

Attorneys for Defendant


**CERTIFICATE OF CONFERRAL**

Pursuant to N.D. Fla. Loc. R. 7.1(B), counsel for Plaintiff certifies that he conferred with Defendant's counsel before filing this joint stipulation and Defendant's counsel consented to the relief requested herein.

/s/ James E. Fasig
Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on this fifth day of August, 2009, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system which will send a notice of electronic filing to Edward W. Gerecke and David J. Walz (Post Office Box 3239, Tampa, FL 33601-3239) and W. Douglas Hall (Post Office Drawer 190, Tallahassee, FL 32302).

/s/ James E. Fasig
Attorney