IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES EVERETT JOHNSON,

    Plaintiff,

v.                           CASE NO.: 4:09cv177-SPM/WCS

ZIMMER, INC.,

    Defendant.

_____/

**ORDER ON JOINT STIPULATION FOR DISMISSAL OF COUNTS III AND IV**

Upon consideration o the Joint Stipulation Voluntarily Dismissing with Prejudice Count III and Count IV of Plaintiff's Second Amended Complaint (doc. 13), it is

ORDERED AND ADJUDGED:

1. Counts III and IV of Plaintiff's Second Amended Complaint (doc. 13) are dismissed with prejudice.

2. This case shall proceed on Counts I, II, and V of Plaintiff's Second Amended Complaint, to which Defendant shall have up to and including August 11, 2009 to respond.

DONE AND ORDERED this 11th day of August, 2009.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      Chief United States District Judge