IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES EVERETT JOHNSON,
    Plaintiff,

vs.                      CASE NO.: 4:09-cv-00177-SPM-WCS

ZIMMER, INC.,
    Defendant.
_____/

NOTICE OF SERVICE OF PLAINTIFF JAMES EVERETT JOHNSON'S
**PROPOSAL FOR SETTLEMENT TO DEFENDANT**

Plaintiff, JAMES EVERETT JOHNSON, hereby gives notice that Defendant ZIMMER, INC., has on this date been served with an original document pursuant to Rule 1.442, Fla.R.Civ.P., and section 768.79 Florida Statutes.

                                    EUBANKS, BARRETT, FASIG & BROOKS

                                     _____
                                     **James E. Fasig**    FBN: 13453
                                     James@tallahasseepersonalinjury.com
                                     **Mark W. Nonni**    FBN: 56600
                                     Mark@tallahasseepersonalinjury.com
                                     3360 Capital Circle, NE, Suite B
                                     Tallahassee, FL 32308
                                     Tel: (850) 224-3310
                                     Fax: (850) 224-3433
                                     Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this **nineteenth** day of August, 2009, I electronically filed Plaintiff's Notice of Service of Proposal for Settlement to Defendant with the Clerk of the court by using the CM/ECF system which will send a notice of electronic filing to Edward W. Gerecke and David J. Walz (Post Office Box 3239, Tampa, FL 33601-3239) and W. Douglas Hall (Post Office Drawer 190, Tallahassee, FL 32302). The original document referred to in the Notice has been served via facsimile and U.S. mail on Edward W. Gerecke and David J. Walz (Post Office Box 3239, Tampa, FL 33601-3239) and W. Douglas Hall (Post Office Drawer 190, Tallahassee, FL 32302).

/s/ James E. Fasig
Attorney