IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA, TALLAHASSEE DIVISION

| | |
|---|---|
| JAMES EVERETT JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ZIMMER, INC., | ) |
| | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The plaintiff, James Everett Johnson ("Plaintiff"), and the defendant, Zimmer, Inc. ("Defendant"), by their respective counsel, stipulate that all of Plaintiff's claims against Defendant are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

| EUBANKS BARRETT FASIG & BROOKS | CARLTON FIELDS, P.A. |
|---|---|
| By: _____ | By: _____ |
| James E. Fasig | Edward W. Gerecke |
| Mark W. Nonni | 4221 W. Boy Scout Blvd., Suite 1000 |
| 3360 Capital Circle, NE, Suite B | Tampa, Florida 33607-5780 |
| Tallahassee, Florida 32308 | (813) 223-7000 |
| (850) 224-3310 | (813) 229-4133 (fax) |
| (850) 224-3433 (fax) | |
| | W. Douglas Hall |
| Attorneys for Plaintiff, | 215 S. Monroe Street, Suite 500 |
| JAMES EVERETT JOHNSON | Tallahassee, Florida 32301-1866 |
| | (888) 224-9191 |
| | (850) 222-0398 (fax) |
| | |
| | Attorneys for Defendant, |
| | ZIMMER, INC. |