IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES EVERETT JOHNSON,

    Plaintiff,

v.                                    CASE NO.: 4:09cv177-SPM/WCS

ZIMMER, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

This case has been dismissed with prejudice pursuant to the parties' Stipulation for Dismissal With Prejudice (doc. 17) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the clerk shall close this case.

SO ORDERED this 10th day of December, 2009.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                Chief United States District Judge